CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UBLESTER MUNDO-VIOLANTE ) | Civil Action No. 7:13cv00081 |
| ) | |
| v. ) | **2241 FINAL ORDER** |
| ) | |
| ) | By: Samuel G. Wilson |
| UNITED STATES OF AMERICA. ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court. Further, finding that Mundo-Violante has failed to make the requisite showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**. The Clerk is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

**ENTER**: February 26, 2013.

_____
UNITED STATES DISTRICT JUDGE